UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

TENNESSEE LAND DEVELOPMENT, )
LLC, )
  )
    Plaintiff, )
  )
v. )   Case No.: 3:07-cv-313
  )
MICHAEL DACOSTA )
and )
VISION LAND DEVELOPMENT, INC., )
  )
    Defendants. )

## FINAL ORDER OF JUDGMENT

Upon the agreement of all parties involved, and for good cause shown, it is hereby

ORDERED, ADJUDGED, AND DECREED that the Plaintiff shall have JUDGMENT AGAINST THE DEFENDANTS, jointly and severally, in the amount of $286,654.24. It is further ORDERED that Plaintiff shall further be entitled to post-judgment interest on all unpaid balances accruing at the rate ten percent (10%) per annum.

_____
The Honorable Thomas W. Phillips

APPROVED FOR ENTRY:


/s/ Jimmy D. Holbrook, Jr.
Jimmy D. Holbrook, Jr. (BPR#018038)
LEWIS, KING, KRIEG & WALDROP, P.C.
One Centre Square
620 Market Street, Fifth Floor
P. O. Box 2425
Knoxville, Tennessee 37901
(865) 546-4646
Attorneys for Plaintiff



/s/ Robert M. Estep
Robert M. Estep, Esq. (BPR# 011478)
Estep & Estep
P.O. Box 770
Tazewell, Tennessee 37879
(423) 626-3525
Attorney for Defendants Michael DaCosta and
 Vision Land Development, Inc.